**Electronically Filed
Supreme Court
SCPW-17-0000657
26-SEP-2017
07:58 AM**

SCPW-17-0000657

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

HAU PHAN, Petitioner,

vs.

THE HONORABLE RICHARD T. BISSEN, JR., Judge of the Circuit Court
of the Second Circuit, State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 2FC16-1-000394(4))

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Hau Phan's petition
for writ of mandamus, filed on September 9, 2017, and the record,
it appears that petitioner has filed an appeal from the judgment
of conviction and sentence in the Intermediate Court of Appeals
in CAAP-17-0000542 and, therefore, may seek relief in accordance
to HRAP Rule 9(b), as appropriate.  Petitioner, therefore, is not
entitled to the requested mandamus relief from this court.  See
Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a
writ of mandamus is an extraordinary remedy that will not issue
unless the petitioner demonstrates a clear and indisputable right

to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, September 26, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

